# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, Thomas D. | Middle District NC | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

251 North Main Street, Suite 223A
Hiram Ward Federal Courthouse
Winston-Salem, North Carolina 27101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Notre Dame Law Association |
| 2. | Board Member | Chief Justice Joseph Branch Inn of Court |
| 3. | Senior Lecturer | Duke University Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Duke University Law School, Senior Lecturer Spring Term 2019, $3,500 plus reasonable rreimbursement for related travel and meals |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Duke University School of Law, teaching | $3,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 1/2019 to 04/2019 | Durham, NC | Reimbursement for travel to campus and meals since class was scheduled in evenings | Meals, transportation mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Wells Fargo Accounts (Wachovia) | A | Interest | J | T | | | | | |
| 2.   US Treasury Series EE Bonds | B | Interest | J | T | Matured<br>(part) | 11/15/19 | J | B | |
| 3. | C | | | | Matured<br>(part) | 04/22/19 | J | C | |
| 4.   First Tennessee Accounts | B | Interest | M | T | | | | | |
| 5.   Valic Income Fixed Plus Annuity | B | Dividend | K | T | | | | | |
| 6.   Brokerage #1 (H) | | | | | | | | | |
| 7.   -Invesco FTSE RAFI US 1000 | D | Dividend | O | T | | | | | |
| 8.   -iShares Russell 1000 ETF | C | Dividend | M | T | | | | | |
| 9.   -iShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 10.   -Vanguard FTSE Developed Markets ETF | D | Dividend | N | T | | | | | |
| 11.   -Vanguard FTSE Emerging Markets ETF | D | Dividend | M | T | | | | | |
| 12.   -PIMCO All Asset All Authority Instl | A | Dividend | K | T | | | | | |
| 13.   -AQR Managed Futures Strategy Cl I | | None | J | T | | | | | |
| 14.   -AQC Style Premia Alternative Cl I | | None | J | T | | | | | |
| 15.   -PIMCO Dynamci Bond Fund Instl | A | Dividend | K | T | | | | | |
| 16.   -Vanguard Ltd-Term Tax Exempt Adm | B | Dividend | L | T | | | | | |
| 17.   -Vanguard Short-Term Bond ETF | B | Distribution | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -iShares Treasury Floating Rate Bond ETF | A | Dividend | K | T | | | | | |
| 19. | -Fidelity Government Cash Reserve "Cash Account" | A | Dividend | K | T | | | | | |
| 20. | Brokerage #2 (H) | | | | | | | | | |
| 21. | -Invesco FTSE RAFI US 1000 | B | Dividend | | | Merged (with line 7) | 12/26/19 | L | | |
| 22. | -iShares Russell 1000 ETF | B | Dividend | | | Merged (with line 8) | 12/26/19 | L | | |
| 23. | -iShares MSCI EAFE ETF | A | Dividend | | | Merged (with line 9) | 12/26/19 | J | | |
| 24. | -Vanguard FTSE Developed Markets ETF | B | Dividend | | | Buy (add'l) | 12/19/19 | K | | |
| 25. | | | | | | Merged (with line 10) | 12/26/19 | M | | |
| 26. | -Vanguard FTSE Emerging Markets ETF | B | Dividend | | | Merged (with line 11) | 12/26/19 | K | | |
| 27. | -PIMCO All Asset All Authority Instl | A | Dividend | | | Merged (with line 12) | 12/26/19 | K | | |
| 28. | -AQR Managed Futures Strategy Cl I | A | Dividend | | | Merged (with line 13) | 12/26/19 | J | | |
| 29. | -AQR Style Premia Alternative Cl I | A | Dividend | | | Merged (with line 14) | 12/26/19 | J | | |
| 30. | -PIMCO Dynamic Bond Fund Instl | A | Dividend | | | Merged (with line 15) | 12/26/19 | K | | |
| 31. | -RiverNorth/DoubleLine Strategic Income I | A | Dividend | | | Sold | 12/19/19 | K | A | |
| 32. | -Vanguard Short-Term Bond ETF | A | Dividend | | | Merged (with line 17) | 12/26/19 | K | | |
| 33. | -iShares Treasury Floating Rate Bond ETF | B | Dividend | | | Sold (part) | 12/19/19 | K | A | |
| 34. | | | | | | Merged (with line 18) | 12/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Fidelity Government Cash Reserve "Cash Account" | A | Dividend | | | Merged (with line 19) | 12/26/19 | J | | |
| 36. Brokerage #3 (H) | | | | | | | | | |
| 37. -AQR Managed Futures Strategy Cl I | B | Dividend | L | T | | | | | |
| 38. -iShares Treasury Floating Rate Bond ETF | C | Dividend | M | T | | | | | |
| 39. -Fidelity Government Cash Reserve "Cash Account" | A | Dividend | J | T | | | | | |
| 40. IRA #1 (H) | | | | | | | | | |
| 41. -Invesco FTSE RAFI US 1000 | A | Dividend | | | Sold | 12/19/19 | K | D | |
| 42. -iShares Russell 1000 ETF | A | Dividend | | | Sold | 12/19/19 | K | E | |
| 43. -iShares MSCI EAFE ETF | A | Dividend | | | Sold | 12/19/19 | K | A | |
| 44. -iShares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 45. -PIMCO All Asset All Authority Instl | B | Dividend | L | T | Buy (add'l) | 12/19/19 | K | | |
| 46. -iShares Treasury Floating Rate Bond ETF | A | Dividend | L | T | Buy (add'l) | 12/19/19 | L | | |
| 47. -Fidelity Government Cash Reserve "Cash Account" | A | Dividend | J | T | | | | | |
| 48. IRA #2 (H) | | | | | | | | | |
| 49. -PIMCO All Asset All Authority Instl | A | Dividend | K | T | Sold (part) | 11/15/19 | J | A | |
| 50. -iShares Treasury Floating Rate Bond ETF | A | Dividend | J | T | Buy (add'l) | 11/15/19 | J | | |
| 51. -Fidelity Government Cash Reserve "Cash Account" | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. IRA #3 (H) | | | | | | | | | |
| 53. -Invesco FTSE RAFI US 1000 | B | Dividend | J | T | Sold<br>(part) | 12/19/19 | M | E | |
| 54. -iShares MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 55. -iShares MSCI Emerging Markets EFT | C | Dividend | M | T | Sold<br>(part) | 12/19/19 | K | B | |
| 56. -PIMCO All Asset All Authority Instl | C | Dividend | M | T | | | | | |
| 57. -AQR Managed Futures Strategy Cl I | C | Dividend | L | T | Buy<br>(add'l) | 12/19/19 | K | | |
| 58. -AQR Style Premia Alternative Cl I | B | Dividend | M | T | Buy<br>(add'l) | 12/19/19 | K | | |
| 59. -PPIMCO Dynamic Bond Fund Instl | D | Dividend | M | T | | | | | |
| 60. -Eaton Vance Emerging Markets Local<br>Income Cl I | E | Dividend | M | T | | | | | |
| 61. -RiverNorth/DoubleLine Strategic Income I | D | Dividend | M | T | Buy<br>(add'l) | 12/19/19 | K | | |
| 62. -PIMCO Low Duration Fund Instl | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 63. -Vanguard Short-Term Bond ETF | A | Dividend | K | T | Buy | 12/19/19 | K | | |
| 64. -iShares Treasury Floating Rate Bond ETF | B | Dividend | L | T | | | | | |
| 65. -Fidelity Government Cash Reserve "Cash<br>Account" | A | Dividend | J | T | | | | | |
| 66. Mass Mutual Whole Life Insurance | C | Dividend | M | T | | | | | |
| 67. Mass Mutual Whole Life Insurance | B | Dividend | L | T | | | | | |
| 68. Loyal American Insurance | A | Dividend | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | | | Sold | 12/26/19 | J | B | |
| 70. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | | | Sold | 12/30/19 | J | B | |
| 71. NC College Foundation 529 Dependable Income Fund | A | Interest | | | Sold | 12/30/19 | K | B | |
| 72. Duke Univ. Faculty Retirement Plan (H) | | | | | | | | | |
| 73. -Vanguard Inst, Target Retirement 2025 Fund | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 68: The Loyal American Life Insurance Company policy appears to be affiliated with and/or administered by The Great American Life Insurance Company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas D. Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544